# CIVIL MOTION MINUTES

Date: 06/21/19

Time: 9:58am-10:05am

Judge: Brinkema
Reporter: A. Thomson

Civil Action Number: 1:19cv589

EB Publishing, Inc       vs.   ApplianceRepair.net et al

Appearances of Counsel for       (X) Pltf       (X) Deft

Motion to/for:
#14 Pltf Motion for Service by Publication

Argued &
( ) Granted    (X) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

Preliminary Injunction is vacated

Show cause is vacated

( ) Memorandum Opinion to Follow

(X) Order to follow