IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EB PUBLISHING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLIANCEREPAIR.NET, et al., )<br>)<br>Defendants. ) | 1:19-cv-589 (LMB/MSN) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that that the preliminary injunction issued on June 7, 2019 [Dkt. No. 12] be and is VACATED; and it is further

ORDERED that this Court's Order requiring Citibank to show cause why it should not be held in contempt of court [Dkt. No. 13] be and is VACATED; and it is further

ORDERED that plaintiff's Motion for Leave to Serve Process by Email and Publication [Dkt. No. 14] be and is DENIED AS MOOT.

The Clerk is directed to forward copies of this Order to counsel of record for plaintiff and to defendant Bursill at his address in Thailand and via email (abursill@gmail.com).

Entered this 21 day of June, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge